# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**UNITED STATES OF AMERICA**
    **Plaintiff**

V.                                              4:06CV01410-RSW

**$95,900 IN UNITED STATES CURRENCY**
    **Defendant**

## CONSENT JUDGMENT

The United States and Peter Sakalis, the sole claimant to the $95,900, by and through their undersigned attorneys inform the Court that they agree and consent to a judgment as set forth herein:

1.   Judgment is entered for the United States in the amount of $95,900, and the property is condemned as forfeited to the United States of America pursuant to 21 U.S.C. § 881(a)(6).  The defendant property shall be turned over to the United States Marshal and disposed of according to law.

2.   Peter Sakalis waives any defenses he has to the forfeiture of the $95,900.

3.   Each side agrees to bear its own costs and attorneys fees.

4.   Upon approval of this Consent Judgment, the United States will submit a Decree of Forfeiture.

**IT IS SO ORDERED THIS 18th day of March, 2008.**

*[Signature]*
RODNEY S. WEBB, District Judge
United States District Court

CONSENTED TO:
JANE W. DUKE
UNITED STATES ATTORNEY


*/s/ STACEY McCORD*                                                                   Date   3/18/08
Assistant U.S. Attorney



*/s/ CHARLES D. HANCOCK*                                                    Date   3/14/08
Attorney for Claimant